IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY L. BOYCE**                                                                                        **PETITIONER**

VS.                                           **2:23-CV-00150-JM-ERE**

**WARDEN GARRETT**                                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the petition is DISMISSED. Judgment will be entered for Respondent in this case.

IT IS SO ORDERED this 11th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE