IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY L. BOYCE**                                                                                              **PETITIONER**

**VS.**                              **2:23-CV-00150-JM-ERE**

**WARDEN GARRETT**                                                         **RESPONDENT**

**JUDGMENT**

Consistent with today's Order, this habeas petition is DISMISSED, and judgment is entered in favor of Respondent.

DATED this 11th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE